UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
RICCO DEVON SLADE,                                                      :
                         Plaintiff,                                     :
:        24-CV-0514 (JMF)
               -v-                                                    :
:        <u>ORDER</u>
CITY OF NEW YORK et al.,                                                :
                         Defendants.                                :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

        On December 30, 2024, Defendant City of New York filed a motion to dismiss the complaint under Rule 12(b) of the Federal Rules of Civil Procedure.  *See* ECF No. 20.  Under Rule 15(a)(1)(B), a plaintiff has twenty-one (21) days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course.  Because Plaintiff is proceeding *pro se*, however, the Court will give Plaintiff additional time to amend the complaint.

        Accordingly, it is hereby ORDERED that Plaintiff shall file any amended complaint by **February 10, 2025.**  If Plaintiff believes that the pleading of additional facts will cure deficiencies identified in the motion to dismiss, the Plaintiff should include those facts in the amended complaint.[1]  Plaintiff will not be given any further opportunity to amend the complaint to address issues raised by the motion to dismiss.

        If Plaintiff does amend, by three (3) weeks after the amended complaint is filed, Defendant shall: (1) file an answer; (2) file a new motion to dismiss; or (3) file a letter on ECF

---

[1]    If possible, Plaintiff shall file any amended complaint with a redline showing all differences between the original and revised filings, pursuant to Local Civil Rule 15.1, which is available at https://www.nysd.uscourts.gov/rules.

stating that it relies on the previously filed motion to dismiss.  If Defendant files an answer or a new motion to dismiss, the Court will deny the previously filed motion to dismiss as moot.

If no amended complaint is filed, Plaintiff shall serve any opposition to the motion to dismiss by **February 10, 2025**.  Defendant's reply, if any, shall be served by **February 24, 2025**.

Either party may request an extension of the briefing schedule for the motion.  A deadline will be extended if the party demonstrates that its pursuit of the action has been diligent and that there is a good reason for extending the deadline.

Finally, the Clerk of the Court is directed to mail a copy of this Order to Plaintiff.

SO ORDERED.

Dated: January 2, 2025
New York, New York

_____
JESSE M. FURMAN
United States District Judge

2