```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
RICCO DEVON SLADE,                                                :
                                                                  :
                              Plaintiff,                          :
                                                                  :       24-CV-0514 (JMF)
              -v-                                                 :
                                                                  :           ORDER
CITY OF NEW YORK et al.,                                          :
                                                                  :
                              Defendants.                         :
                                                                  :
------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

On December 30, 2024, the City of New York moved to dismiss. *See* ECF No. 20. By Order entered January 2, 2025, the Court set February 10, 2025, as the deadline for Plaintiff to either amend his complaint or file an opposition to the motion. *See* ECF No. 24. Plaintiff did not do either by the deadline. Three days later, on February 13, 2025, however, Defendant Raina Aggarwal filed a separate motion to dismiss. *See* ECF No. 27.

In light of Aggarwal's new motion to dismiss, and mindful of Plaintiff's pro se status, the Court extends the deadline to oppose the City's motion. Specifically, it is hereby ORDERED that Plaintiff shall file any amended complaint in response to **both** motions by **March 14, 2025**. If Plaintiff believes that the pleading of additional facts will cure deficiencies identified in the motions to dismiss, Plaintiff should include those facts in the amended complaint.[1] Plaintiff will not be given any further opportunity to amend the complaint to address issues raised by the motion to dismiss.

If Plaintiff does amend, by three (3) weeks after the amended complaint is filed, Defendants shall: (1) file answers; (2) file new motions to dismiss; or (3) file letters on ECF stating that they rely on the previously filed motions to dismiss. If Defendants file an answer or a new motion to dismiss, the Court will deny the relevant previously filed motion to dismiss as moot. If Defendants file a new motion to dismiss or indicate that they rely on their previously filed motions to dismiss, any opposition shall be filed within fourteen days, and any reply shall be filed within seven days of any opposition.

If no amended complaint is filed, Plaintiff shall file any opposition to the motions to dismiss — in the form of a single, consolidated memorandum of law — by **March 14, 2025**.

---

[1] If possible, Plaintiff shall file any amended complaint with a redline showing all differences between the original and revised filings, pursuant to Local Civil Rule 15.1, which is available at https://www.nysd.uscourts.gov/rules.

Defendants' replies, if any, shall be filed by **March 21, 2025**.

  Either party may request an extension of the briefing schedule for the motions. A deadline will be extended if the party demonstrates that its pursuit of the action has been diligent and that there is a good reason for extending the deadline.

  Finally, the Clerk of the Court is directed to mail a copy of this Order to Plaintiff.

  SO ORDERED.

Dated: February 14, 2025         _____
    New York, New York          JESSE M. FURMAN
                  United States District Judge