## AFFIDAVIT OF SERVICE BY CERTIFIED MAIL
## RETURN RECEIPT REQUESTED AND REGULAR MAIL

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

DIANA ALVAREZ, being duly sworn, deposes and says that she is not a party to this action, is over 18 years of age and is an employee in the office of MARTIN CLEARWATER & BELL LLP, attorneys for the defendants RAINA AGGARWAL, M.D. s/h/a Dr. Aggawal and NEW YORK CITY HEALTH & HOSPITALS CORPORATION, s/h/a NYC Health & Hospitals.

That on the 12th day of March, 2025, she served the within **REPLY MEMORANDUM OF LAW** upon the following attorneys by depositing a true copy of the same securely enclosed in a post-paid wrapper in the Official Depository maintained and exclusively controlled by the United States at 220 East 42nd Street, New York, New York 10017 directed to said attorneys at:

Ricco Devon Slade
Auburn Correctional Facility
P.O. Box 618
Auburn, New York 13024
DIN: 24B2450
Certified Mail Receipt No.: 7021 0350 0001 3783 6415

that being the address within the State designated by them for the purpose of service upon them of the preceding papers in this action, or the place where they then kept an office for regular communication by mail.

_____
DIANA ALVAREZ

Sworn to before me, this
12th day of March, 2025.

_____
Notary Public or Commissioner of Deeds

Monique Farrone Spates
Notary Public-State of New York
Reg. No. 01SP6030938
Qualified in New York County
Commission Expires 09/20/2025

6105023