**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
RICCO D. SLADE,

                Plaintiff,

        -against-                          24 **CIVIL** 514 (JMF)

                                                **JUDGMENT**

CITY OF NEW YORK, et al.,

                Defendants.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated June 18, 2025, Defendants' motions to dismiss must be and are GRANTED. Further, the Court declines to sua sponte grant Slade leave to amend. Judgment is hereby entered in favor of the Defendants and the case is closed.

      Further, the Court certifies, pursuant to 18 U.S.C. § 1915(a)(3), that any appeal from this Memorandum Opinion and Order would not be taken in good faith and *in forma pauperis* status is thus denied. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

**Dated:** New York, New York

      June 20, 2025

                                       **TAMMI M. HELLWIG**

                                        _____

                                          **Clerk of Court**

          **BY:** _____

                              **Deputy Clerk**