# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

___Ricco Devon Slade___
(List the full name(s) of the plaintiff(s)/petitioner(s).)

___24___ CV ___514___ (JMF)(    )

-against-

**NOTICE OF APPEAL**

___Raina Aggarwal___
(List the full name(s) of the defendant(s)/respondent(s).)

Notice is hereby given that the following parties: ___Ricco Devon Slade___

(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit

from the  ☑ judgment  ☐ order  entered on: ___June 20 2025___
(date that judgment or order was entered on docket)

that: ___Grants Defendent's Motion to Dismiss___

(If the appeal is from an order, provide a brief description above of the decision in the order.)

___June 30 2025___
Dated

___[signature]___
Signature*

___Slade Ricco D___
Name (Last, First, MI)

___P.O. Box 618___  ___Auburn___  ___NY___  ___13024___
Address              City         State   Zip Code

_____
Telephone Number

_____
E-mail Address (if available)

*Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case. Fed. R. App. P. 3(c)(2). Attach additional sheets of paper as necessary.

Rev. 12/23/13





NEW YORK STATE
DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
INCARCERATED INDIVIDUAL CORRESPONDENCE PROGRAM

NAME: Ricco Slade    DIN: 24B2450

LEGAL MAIL

Printed On Recycled Paper